IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

    Plaintiff,

v.                                           Civ. No. 18-1229 SCY/KK

ESTATE OF STEVEN GERECKE,

    Defendant.

## ORDER TO FILE STATUS REPORT

**THIS MATTER** is before the Court *sua sponte* following a review of the record. On May 12, 2020, the Court entered a Memorandum Opinion and Order in which it stayed this matter pending resolution of the insurance claim against State Farm in the related state-court case. (Doc. 50.) Therein, the Court ordered the parties to file status reports every six months advising the Court of the status of state-court proceedings. (Doc. 50 at 9.) Pursuant to that Order, the parties filed their first status report on November 12, 2020. (Doc. 51.) They filed additional status reports on May 11, 2021, November 11, 2021, May 11, 2022, and November 11, 2022. (Docs. 51-55.) The parties have not yet filed their status report due May 11, 2023.

    **IT IS THEREFORE ORDERED** that on or before May 31, 2023, the parties shall file a status report indicating the current status of the state-court case.

    **IT IS SO ORDERED.**

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE